FILED

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0179

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0179

_____

THORCO, INC.,

     Plaintiff and Appellant,

v.

WHITEFISH CREDIT UNION, and
JOHN DOES 1-10,

     Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert B. Allison, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 4 2020